PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Brian Fiocca　　　　　　　　　　　　　　　　　　Docket No. 2:19CR00064-007

Petition for Action on Conditions of Pretrial Release

COMES NOW, Brittney N. Brooks, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Brian Fiocca, who was placed under pretrial release supervision by the Honorable Lynne A. Sitarski sitting in the Court at Philadelphia, on February 8, 2019, under the following conditions:

1. Report to U.S. Pretrial Services as directed
2. Surrender/ Do not possess firearms or other dangerous weapons
3. Surrender/ Do not possess or obtain passport
4. Travel Restricted to Eastern District of Pennsylvania, District of New Jersey, unless approved in advance by U.S. Pretrial Services.
5. No contact with any codefendants, witnesses, or victims in the instant offense.
6. Maintain residence at 354 Daly Street, Philadelphia, PA

Respectfully presenting petition for action of Court and for cause as follows:

1. The defendant relocated to 4512 Convent Lane, Philadelphia, PA in March 2021. A virtual home assessment has been completed verify this residence.

PRAYING THAT THE COURT WILL ORDER that the defendant maintain residence as approved by Pretrial Services.

ORDER OF COURT

Considered and ordered this __24th__ day of __May__, 20 __21__ and ordered filed and made a part of the records in the above case.

_/s/ Jeffrey L. Schmehl_
The Honorable Jeffrey L. Schmehl
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_Brittney N. Brooks_
Brittney N. Brooks
U.S. Pretrial Services Officer

Place: Philadelphia

Date: May 19, 2021