# Attachment A

# Letters of Support

March 24, 2023

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

I am writing this letter on behalf of my son, Brian Fiocca. As Brian's mother, I wanted to share with you a little bit about Brian, as a person. I have four children; Brian was my second-born. From a very small age Brian was a caring and loving human being. Brian was responsible and conscientious, always looking out for the well-being his friends and family. I often received calls from his friends' parents and school teachers, sharing with me stories of Brian's kindness and caring nature. He was always the first to volunteer to help with anything and everything asked of him in school and the community.

My husband George, Brian's father, suffered from cancer for most of Brian's early teens. Brian was very attached to his father. I watched Brian care for his ailing father while the rest of his peers enjoy parties and other social activities. He only left his side to go to school, he'd rush home after school to spend as much time with his father as he could, since he knew that time would be short.

As Brian's mother, I know how hard it was for him to grow up without a father and to lose such an invaluable person at the start of his teenage years. When Brian's father passed away, he took it upon himself to try and fill his father's shoes for my youngest child and only daughter. While finishing high school, he cleaned the house, helped his siblings and worked any small jobs he could find to help our family. These experiences left him with so much grief and even today he continues to suffer in silence, continuing to maintain this self-declared role in our family.

Brian is a doting husband and father. He has a wonderful wife, Brynne, and two small children, Callie and Owen. I am so proud of the family he has created. His children are extremely attached to him, and both were blessed with his very generous and sensitive heart. He has always been the primary provider of his family and that is very important to him. These have been trying times for Brian and his family, they have suffered a great deal, but remain united. In result of his plea, he lost his job and is beginning to find a new career. His commitment to his family is his primary focus right now. I ask you to please offer him the opportunity to be an active and present father to his two small children.

Our entire family is dedicated to supporting Brian by any means necessary, as he would do for us because of his very generous heart. Growing up in a South Philly, especially the neighborhood where we live is a little different than other parts of Philadelphia and Pennsylvania, the

community values special qualities of love, loyalty and family; we have our own language, culture and understanding. For those outside of this community, we can also be viewed a little differently and can be portrayed differently. After my brother's trial, I read in the newspaper, how a juror was appalled by cuss words used in daily conversation within the union world and South Philly in general. That leaves me worried. As I know my son, although far from perfect, is a contributing member of society and more importantly good man and father.

As my son stands in front of you at sentencing, I sincerely hope that this fair and just court, take this letter into consideration. Despite this court matter, I still consider my son an honorable man and invaluable member of his family. He has lost his career, his home and his dignity, I believe he has suffered and paid his price.


Respectfully,

Maureen J. Fiocca

December 1, 2023

Honorable Judge Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

My name is Maureen Fiocca, I am a mother of two young children and currently pregnant with my third child. Before becoming a mother, I worked as a Behavioral Specialist. I worked with children who have Autism and other behavioral issues, supporting their needs.

I am Brian's little sister; he is three years older than me. I have known Brian my whole life. Brian and I have always been close. Growing up, Brian was the one I could always turn to for help and advice, whether it was fashion advice, friend advice or talking about basketball, he was always there. I remember when I had my first breakup, I was crying in my room alone and Brian must have overheard. He came in my room with tissues and put on the TV in order to lighten the mood. I don't remember what was said or how he was able to make me laugh and forget about the breakup, all I know is that he was there for me. My brother was and will always be there for me.

Growing up with three older brothers was not easy. However, having brothers that cared and looked out for you each day was a privilege. My father passed away when we were young. I know losing our father deeply affected us all, especially Brian. Not having that father figure throughout the important years of our lives was detrimental. We've made it through the toughest times together and that's because we've always had each other.

Brian was always a hard worker. From as long as I can remember, Brian worked. Brian would ask me to clean his room, organize his clothes and shoes or do his chores and he'd pay me. Of course, I had to earn my money, but he was always helping me out. When I first got my driver's license, he would let me borrow his car and take me for driving lessons. If I ever wanted to go to a store and my mom was busy, I knew my brother Brian would take me.

Not only did Brian do a lot for his family, but he would also do the same for his friends and our neighbors. When it rained, he would clean out the gutters of the elder neighbors on our blocks. He would clean out the sewers on the corners so our block wouldn't flood. He would shovel their pavements when it snowed and sweep the leaves in fall. Brian would help the elder lady two houses over with groceries or just out of the car and into her house. Brian has always had a good heart. He was always caring of others and always willing to lend a helping hand.

Brian is the god father to my daughter and the uncle to my other children. He is a great father and husband. He is the best brother, uncle, and friend. There have been many challenges and changes throughout his life, recently and prior, however; I see Brian embracing the change and trying to do better. More of the positive changes I seen my brother making are acceptance, self-reflection, listening and communication skills, awareness and setting goals for the future.

Thank you for your time and consideration.

Respectfully,

Maureen T. Fiocca

March 20, 2023

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601Market Street
Philadelphia, PA 19106

Honorable Judge Schmehl,

My name is George Fiocca and I have been born and raised in South Philadelphia my entire life. For the past fourteen years, I've worked at a charter high school in Center City and have seen over 2,000 students graduate and head out into society. I take pride in that fact because high school can be a confusing time for our youth. This was especially true for my brother Brian Fiocca, who throughout his high school career had to endure the death of our father, George Fiocca Sr., and our grandmother, Theresa Dougherty, within six months of one another. Death is hard at any age, but it can be particularly harder for a boy growing into a man at such a pivotal time in his life.

So, for perspective, I'm the oldest of the four siblings, and almost exactly five years older than Brian. Growing up, Brian was the sweetest little kid, with a heart of gold. This was evident by watching him befriend and care for John Griffith, a child in our neighborhood who was handicapped and wheelchair-bound throughout grade school. See our parents raised us to be respectful, but Brian would always take it to an extra level. From helping neighbors carry in their groceries, walking elderly across the street, holding the door for people behind him, and saying please and thank you. These are the little things that get taken for granted and are soon missed throughout life when they stop happening.

In closing, I believe Brian still has much to provide for our society. His ability to extend a helping hand without expecting anything in return is a rare and precious quality. He has the

heart and the will to still create positive change in this world, he just needs another opportunity. Our shared history has made me truly appreciate his resilience through life's challenges and the compassion that has defined him for most of his life.

Thank you for your time and consideration.

George Fiocca III

December 20, 2023


The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601Market Street
Philadelphia, PA 19106


Dear Judge Schmehl,


My name is Joe Shaw, Brian Fiocca's brother-in-law. I was first introduced to Brian in 2016 when I began dating his now sister-in-law, Shannon Sweeney. I work in the pharmaceutical industry as a project manager and consultant for an organization, Excellis Health Solutions, that focuses on compliance and regulatory aspects in adherence to FDA guidelines. My first introduction to Brian was around Halloween of 2016 when formally met the full family (which at the time I did not know would turn out to be my family). Brian welcomed me into his home with his family without hesitation and made me feel right at home within minutes. Since then, nothing has changed, from family functions with the immediate family to introducing me to his friends, he was always an individual who I could count on to ensure that I was warmly welcomed. As mentioned, I have known Brian since 2016. The last 10 months, I welcomed my first child into the world and Brian was there every step of the way. I leaned on Brian for advice as he is also a young father with two kids of his own. He gave me sound advice and was always there for me when I needed guidance and/or a favor. I could not ask for better in-laws and Brian has been a pivotal piece of that since day one. Brian and family recently started a charitable golf outing for his aunt Cecilia Doughtery. This is another prime example of the level of care that he and his family outpour on a day-to-day basis. To conclude, Brian is not only a brother-in-law by association but a true brother.

I thank you for your time and appreciate your fairness and understanding on time of sentencing.


Respectfully,

Joseph Shaw

February 2, 2024


The Honorable Jeffery L. Schmehl
Eastern District Court of Pennsylvania
5613 US Courthouse
601 Market Street,
Philadelphia, PA 19106

Dear Judge Schmel,

"… Being a good man is not an exam or a qualification. It changes, and it incorporates being a good friend, a good father, a good employee, a good boss, a good neighbor, and a good citizen" (A.A. Gill). Honorable Judge Schmehl, not only does Brian exemplify a great friend, great father, great boss, great neighbor and great citizen, he takes on another role – the role of being a great cousin.

    Your Honor, my name is Kaitlin Dougherty and I have had the privilege of having Brian as an older cousin. To me, Brian is all of the qualities listed above and much more. Brian embodies the true definition of what it means to be a great man. Though no man is perfect, I believe Brian to be one of inspiration. As the baby of our family, I had plenty of role models to look up to, however, my role models didn't just include my parents or brother like your typical child would say – mine also included Brian.

    In 2009, Brian had lost his father, my Uncle George, after watching him battle a brutal illness. As an 18-year-old, Brian did not lash out in anger as a response to his grief, instead he took on the role of being a great father-figure. He worked tirelessly to help his mother and siblings succeed and overcome their biggest obstacle. As a 10-year-old in 2009, watching Brian take on this role as a father-figure without hesitation or complaining, was truly inspiring. Throughout the years, that father-figure role expanded into being a father himself. Brian has two beautiful children that he works endlessly to provide for. He does everything and anything he can just to see a smile on his children's faces and he most definitely succeeds.  There is not a day that goes by that Brian is not doing his best to provide for his kids, even if that means picking up little jobs just to help provide for his family.

    Your honor, I am not taking this opportunity to brag and/or boast about my cousin and all the good that he does for our family. I am taking this opportunity to show you that the man who sits in front of you is a man of honor, a man of resilience, and a provider. By writing this letter, I hope that you can see the good that Brian brings to our family just as we see from him every day.


Respectfully,

Kaitlin Dougherty

Dolores D. Sweeney

311 Second Street

Riverton, NJ 08077

267-825-5775

February 20, 2024

To Whom It May Concern:

Re: Character Letter for Brian Fiocca

I am writing to provide a character letter for Brian Fiocca. I have known Brian since 2015. I first met Brian when my daughter brought him home for dinner, introducing him as her boyfriend. As a bit of background, our family is from Northeast Philadelphia. When you mention South Philadelphia to someone from the Northeast I guarantee that you're going to get some not very good feedback. My family and I were all prepared to not be too crazy about this "guy from South Philly dating our daughter/sister." We pictured slicked backed hair, shirt unbuttoned with chest hair protruding, gold chains around his neck and talking like Fonzi. To the contrary -- we love this guy from South Philly and his family! They have all been a wonderful addition to our family. Me, my husband and my children have all learned not to form an opinion of someone that you don't truly know and I am hoping that those holding Brian's future in their hands will do the same.

Brian, is hardworking, honest and a wonderful husband and father to my daughter and grandchildren. He is very devoted to his wife, Brynne, as she is to him. As a couple they make a wonderful team of loving parents for their two children, Callie and Owen. As a parent, he has done everything good and loving that a parent does for his child. He teaches his children to be good and honest. He is an unwavering defender of the underdog and is teaching his children to be the same. He is a very caring person. He is a person who will go out of his way to help not only his family but also his friends.

Brian is fiercely loyal and supportive of his family, including me, my husband and my children. He is a man of strong moral character who treats others with courtesy and respect. He has an ability to communicate easily and establish a rapport with others that has resulted in a large

group of loyal friends, many that he has known since his childhood.

I having no hesitation in telling anyone that will listen that Brian Fiocca is a good man.

Thank you for your kind consideration.

Sincerely,


Dolores D. Sweeney

Brian's MIL and Supporter

December 4, 2023

Honorable Judge Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market St
Philadelphia, PA  19106

Subject:  Character reference for Brian Fiocca

 Dear Judge Schmehl,

Good afternoon your honor.  I am writing on behalf of Brian Fiocca.  I am his Aunt, not by blood but by marriage and I have had the privilege of watching him grow up to be an individual I am proud to call my nephew.

Brian started out life with an eye issue that required a few surgeries, the first being at 6 months old.  He never cried or carried on about it but smiled throughout the ordeal.  It is a part of his character.  Brian has always been an "includer" or a soft heart.  He is always the first one who reaches out to those less fortunate than himself.  As a child, we called him the mayor of 2nd street because he knew all the little kids on the street and would stop to say hello to them as we walked from his house to mine.  When he was a young boy, his Vietnamese next door neighbor accidentally ran over Brian's feet as he was preparing for football practice.  When Brian returned from the hospital, his first thought was to go over to the neighbor because he knew he would be distraught.  Brian wanted him to know he was ok.

When my husband and I later moved up to the northeast section of Philly, Brian would come up for the weekend and would often help me as I coached baseball for our parish.  He showed such patience and positive reinforcement to the young players.  It was very heartwarming to watch.  He showed me then, and now, he is a good teacher and caregiver.

As Brian grew older, I watched him take on the responsibilities of his father, who passed away when Brian was a teenager.  He then took on the responsibility of being a husband and a father.  All of these things he has done well.  His children are an example of his character.  They are a joy to be around.

Brian's growing up hasn't been without its challenges but he has accepted his mistakes, learned from them and has grown from them.  He's a hard worker, a loving nephew, loyal friend and a wonderful husband and father.  He isn't afraid to get his hands dirty when the job calls for it.  I've watched him volunteer for things that others could not be bothered with.  Recently we lost our "pop".  Brian was extremely close to him and took his death hard.  It was Brian who did the "dirty work" of caring for him and making sure he was comfortable at all times.  Bottom line, he's someone you would want on your team.  Brian's character is one that has so much to offer all of us.  We can all learn from him.  I thank you for this opportunity to speak on his behalf.

With kindest regards,

Lisa Dougherty

Lori Barrett
335 Fitzgerald Street
Philadelphia, PA 19148

November 27, 2023

Honorable Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

My name is Lori Barrett.  I live in South Philadelphia and I am a Judicial Secretary working for the First Judicial District of Pennsylvania.  I am writing this letter on behalf of my nephew, Brian Fiocca who has pled guilty to the crime in which he was accused.

My husband, Tom and Brian's father, George are first cousins, but they were raised as brothers.  Brian and his siblings lost their father, George at a very young age.  Brian often reminds me of George, especially through the love and devotion he shows to his mother, Maureen.

Brian recently lost his grandfather, Pop, whom he had a very close relationship with.  Brian would drive to Pop's house in Somers Point, New Jersey to help him with everyday chores such as mowing the lawn and taking the trash out.  When Pop relocated to Philadelphia, he checked on him daily, and would often accompany him to his doctor's appointments.

Throughout the years I have personally witnessed Brian demonstrate many acts of kindness.  Brian would distribute donated toys to the less fortunate at Christmas time and deliver food to folks through the Thanksgiving holiday.

Brian is a great husband to his wife, Brynne and father to his children Callie and Owen.  Brian always puts the needs of his family first by providing them with unwavering love, guidance, and support.  He is present in all aspects of his children's lives, such as attending their school functions or sporting events, even stepping up to coach their teams.

Brian has also been a positive role model for my son, Dean.  Brian was his Confirmation Sponsor.  Dean could have chosen anyone to stand for him, but he chose Brian.

I would like to close by saying that I am very proud of Brian and I love him very much.  I know that he has touched many lives, and I could go on and on about his genuine nature.

I appreciate your time and consideration.

Respectfully,

Lori Barrett

Lori Barrett

Halle Barrett
219 Mountain Street
Philadelphia, PA 19148

November 27, 2023

Honorable Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

My name is Halle Barrett, and I am writing on behalf of my cousin, Brian Fiocca. I live in South Philadelphia and I currently work at O'Jungs Bar/Restaurant as a bartender.

I have known Brian my entire life. My father and Brian's father are first cousins but were raised as brothers. Our parents made sure that we would grow up the same way.

When I think about Brian, the work selfless comes to my mind. At a young age, Brian lost his father, my Uncle George. Brian, who was only a senior in high school, stepped up and took over not only the role of a father for his siblings, but also protector and supporter for his mother, my Aunt Maureen.

I am a single mother who is raising three little girls. Brian has always made sure that we are all doing well. There have been many times when Brian has dropped off dinner for me and my daughters. This is an example of how kind and thoughtful Brian is, especially when he believes that his family is in need.

My fondest memories throughout my life all include Brian. From spending family vacations at the shore, sharing every holiday, to the present day watching our own children grow up to be just as close as we are.

Brian wears his heart on his sleeve, and he would do anything for anyone. He is always there to lend a helping hand for me personally, and for the rest of our family during the toughest times in our lives. It brings me comfort knowing that Brian will be there for me and my girls.

Brian follows his favorite quote, "family over everything".

Thank you for your time and consideration.

Respectfully,

*Halle Barrett*

Halle Barrett

February 21, 2024

To the Honorable Jeffrey L. Schmehl,
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

    I find it hard to put into words what Brian Fiocca means to me. From birth, Brian has always been there for me, through good times and bad. In fact, in the majority of our family home videos and photos, I am always by Brian's side. Brian has always been a role model to me. Whether it was his hand-me-down clothes that I wore with pride, his advice, his lessons, or jokes (even with me at the brunt of them). I wouldn't be who I am today without Brian Fiocca. Brian has always pushed and encouraged me to be better, whether he was challenging me to achieve better grades in school or for me to beat him one on one in basketball (which I only did once, but I do not let him forget).

    I have been with Brian through life and death scenarios. I sat with Brian in Jefferson Hospital and cried with him when his father passed in 2009. I beamed with joy and love as I watched him hold his first-born child, his beautiful baby girl, Callie. A few years later, I beamed with love again as I saw him hold his son, Owen, for the first time. You see, to Brian, family is everything. His loyalty, dedication, and commitment to family is truly inspiring. I have watched Brian in every transition of his life. As I watch Brian, now, as a father, I again find myself looking up to and admiring my big cousin. Brian Fiocca is the epitome of a father.

    While I know the term, "Dad," holds a special meaning to Brian, it is only one of many names that define him. For instance, I remember one specific time a few years ago. I was coming over to pick Brian up from his house to get something to eat. As I approached his house, I noticed his next-door neighbor's wife crying profusely. She looked helpless. As I approached, she could barely speak in her despair. All she could mention was her husband's name. As I tried to comprehend what was happening, I saw Brian come out of their house. He was carrying his neighbor's husband, who was suffering a medical emergency. Brian carried this man to a car

and his neighbor was rushed to the hospital. To this day, this neighbor accredits Brian with saving his life.

Brian, like all of us, is not perfect.  However, he comes before Your Honor accepting full responsibility for his actions.   I respectfully request Your Honor provide leniency to Brian.  He is a family man who is kind, loving, and most of all, hard working.  Brian is not a danger to his community, but an asset.  Please do not take Brian Fiocca away from us.

Respectfully,

Sean Dougherty

December 20, 2023


The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601Market Street
Philadelphia, PA 19106


Honorable Judge Schmehl,

My name is John Brennan, I was born and raised in South Philadelphia. I am college graduate from the Pennsylvania State University (Altoona College). I am employed by the First Judicial District, more specifically, I am a Philadelphia juvenile probation officer. I have been employed by the City of Philadelphia as a Juvenile probation officer for 6+ years. I am writing this letter to you on behalf of one of my best friends, Brian Fiocca.

I have known Brian for over 25 years, we went to school together from grades first through third (Our Lady of Mt. Carmel) before Brian transferred to (Scared Heart of Jesus) due to his family moving. Even though Brian transferred schools, we remained close through competing in recreational league sports, after school activities, summer camps and summer vacation down at North Wildwood. We also attended high school together at (Saints John Neumann and Marie Goretti) grades ten through twelve after Brian transferred into Neumann-Goretti from Roman Catholic after the 9th grade. We were in a several classes together and also participated on Neumann Goretti junior Varsity basketball team together.

Having known Brian for as long as I have, I grew up around his family and know them very well. We have attended each other's family parties and have been in the same friend crowd for most of those 25 years. There was even a nickname for our friend when we were kids because we were always around each other, that nickname is Clique Six. We were called that because Brian, myself and our four other friends were inseparable throughout our teenage years.

To get to the reason I am writing you this letter Your Honor, is to let you know the kindhearted, genuine, and caring person, my friend Brian Fiocca is. In high school, I played for Neumann-Goretti's Varsity Basketball team, in which I was a deep sub. Most of our basketball games were Friday evenings, Brian and a few of our other friend's would come to all the games to not only support the team but to support me even though most of the games I would not appear in. Furthermore, as I previous mentioned I attended Penn State University-Altoona College, where I played division three basketball. Altoona, Pennsylvania is four and half hours away from South Philadelphia. Brian, being the friend that he is, knew that I was missing home and he wanted to be there for me. So Brian and one of our other friends drove all the way to Altoona, Pennsylvania just to watch my game. After the game, Brian drove all the way home to get back to South Philadelphia for work early Sunday morning.

Another prime example of the kind heart my friend Brian has, when I returned home from College not knowing what to do and struggled to find employment, Brian was always there. Whether it be a phone call to keep me going or inviting me to do some of the countless community services event

that he participates in just to get me out of the house. Brian is the type of friend that if he loves and trusts you, he'll do anything he possibly can to help not only you but your family as well.

In closing, Throughout our years of friendship, I know Brian has had his flaws, but who hasn't? Brian has been through the toughest of times, especially experiencing the loss of his father, George. But these times, I believe, have molded Brian in to the honorable, respectful, caring and lovable son, husband (Brynne) and most loving father of his two beautiful children ( Cali Marie and Owen George). I believe Brian can and will be a positive influence in society for all the reasons I mentioned throughout this letter. Thank you for your time.

Sincerely,

John Brennan

Mary & John Griffith
120 Mifflin St.
Philadelphia, PA. 19148

March 16, 2023

Honorable Jeffrey L Schmehl
Eastern District of Pa
5613 US Courthouse
601 Market St.
Philadelphia, PA. 19105

Re:          Brian Fiocca

Dear Honorable Schmehl:

I write this letter with so much gratitude and respect for Brian Fiocca.   I hope this letter can give you a little insight to the person Brian really is.

I watched Brian grow from a young boy into a grown Man.  I first met Brian when my son was in 2nd grade, my son was born with a very rare disorder,  the 2nd in the Country.   He had some developmental delay and very poor gait in his walk.  Brian, not even really knowing him, just took him for who he was and would never allow anyone to bully or give Johnny a hard time.    This is something very rare to find in today's world.  Because of Brian, Johnny had a great childhood and Brian always included him with his friends and made sure John was safe and no one was bothering him and did things Johnny would have never had the chance to do because Brian was his best friend.

One time, a young boy was bullying Johnny and Brian found out and went to this boys house and asked him mom to get her son, he then explained, Johnny is my friend, I will not allow you to harrass him, hit him or bully him.  I am asking you to stop or you will have to answer to me, If you continue since Johnny cannot defend himself.    This is the man Brian is, he used his words and mind doing this in front of the boys mom so she could handle it with her son.

In my life I have learned so much with my son's medical issues, there are all different types of people, Johnny, who now has 3 rare diseases and is in a wheelchair we have met many types. Some ignore and some go the extra mile, Brian is one who always went the extra mile. Brian is a good person,  everyone in life makes mistakes, but everyone in life, I believe deserves a 2nd chance and I hope this lesson will help Brian and not hurt him and take him away from his family.

To this day, Brian still keeps in touch with my son, he went to Brian's wedding and Brian made a point as soon as he saw him to come over and give him a big hug and make Johnny feel important.

I would never be able to say in this letter all that Brian did for my family and the impact that he made for my son to have a somewhat normal childhood.  Without Brian, Johnny would have missed fun, friends, sports,  and the self esteem Brian instilled in him.

One time, they played basketball at the Wachovia Center, and Johnny's legs were really wobbly, Brian convinced the coach to put Johnny in and he had his team and the other school team make sure Johnny got the ball to score, the place erupted, it is something we will always treasure.  Brian truly was a blessing to my family and I will always have a special place in my heart for him because unlike others, Brian stepped up for someone he really did not know, that shows you his character. He didn't have to do that.

I am asking if you can,  to please be lenient with Brian.  He has a beautiful family now, and a loving mom.  Brian loss his father at a young age and his mom had to step in for both parents and did all she could for Brian, his brother and sister.  Brian's dad was a great man and did not live to see his son grow into the man he is today.   I hope and pray Brian will not miss that *with his children*, he is a good person and really deserves a 2nd chance.

Thank you for taking the time to read my letter.

Sincerely,

Mary Griffith
215-806-0650

February 20, 2024


The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601Market Street
Philadelphia, PA 19106


Your Honorable Judge Schmehl,

As Brian's sentence approaches, I am writing this letter on his behalf. I have known Brian since his birth. He went to grade school & high school with my daughter and has been friends and teammates with my son.

Brian has always been kind and respectful to me and any adults he encountered. This is a testament to the family values he was raised with. His parents were loving and supportive to all of their children. Sadly, tragic illness took the life of his father George at quite a vulnerable age for the Fiocca children. Maureen, their mother did an amazing job raising her family with the help of her extended family and neighborhood friends.

To be completely transparent, Brian, like my son and many young teenage boys, had their fair share of altercations. I personally believe those situations made Brian and others develop a strong sense of good character and growth.

Brian has evolved into a fine man and devoted father. He is always available to his family and friends in any time of need. He does not shrug responsibility. He will initiate positivity instead of negativity.

It has been a pleasure to watch him grow from a toddler into a good and kind man. I hope you take this reflection into consideration.


Respectfully yours,

Brigid Squilla, MSN, CRNA

April 1, 2023

Mr. Louis C. Canley
100 B. E. 8 TH AVE
WILDWOOD, N.J. 08260

To
THE HONORABLE JEFFREY SCHMEHL
EASTERN DISTRICT OF PENNSYLVANIA
5613 U.S COURTHOUSE
601 MARKET STREET
PHILA. PA. 19106

MY NAME IS LOUIS C. CARBERRY AND I WAS A
LONGTIME NEIGHBOR OF THE FIOCCA FAMILY
I HAVE KNOWN BRIAN FOR ALMOST TWENTY YEARS
HE WAS ALWAYS A VERY RESPECTFUL AND FRIENDLY
BOY. AS A YOUNG MAN HE WAS THERE IF MY
FAMILY EVER NEEDED HELP IN ANY WAY.
A PARTICULAR INCIDENT STANDS OUT.
MY WIFE AND SON WERE STRUGGLING TO GET MY
NEAR LIFELESS BODY INTO A CAR.
AT ONCE SEEING THE SITUATION, BRIAN
JOINS A THERE.
RESULT. I GOT TO PENNSYLVANIA HOSPITAL.
I HAD BRAIN SURGERY AND I AM NOW
WRITING THIS LETTER.

AT THIS TIME YOUR HONOR I AM ASKING FOR ALL THE LENIENCY WHICH YOU CAN GRANT BRIAN. HE NEEDS YOUR MOST FAVORABLE CONSIDERATION.

I KNOW THAT HE WILL BE A PRODUCTIVE AND GOOD FAMILY MAN.

THANK YOU FOR TAKING THE TIME TO GIVE BRIAN A VERY NEEDED BRAKE.

SINCERELY,
LOUIS CLEMENT CARBERY

*Louis Clement Carbery*

16 Shipley Place
Phila., Pa. 19152
pfv@comcast.net
267-879-9531

February 26, 2024

The Honorable [Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, Pa.19106

Dear Judge Schmehl,

I am writing this letter in support of Brian Fiocca, who is appearing before your court. I have known Brian for a better part of fifteen years and would like to provide you with insight into his character.

My Name is Paul Vizza and I am a friend of Brian and his family. I met Brian while training his younger sister in Basketball. Brian was a big support for his sister in her basketball career, since the passing of their father. Brian attended many games and I was able to interact with him individually.

In my experience, Brian has consistently demonstrated qualities such as integrity, honesty, and extremely family oriented. It was always impressive to my wife and I that Brian had the time to show his sister the support she needed while raising children of his own. He was always engaging, greeted me with respect and thankful for the assistance I was providing his family.

I am currently the Director of the First Judicial District Violence Prevention Warrant Unit. I have encountered many people over my 26 years and in my experience, I firmly believe that Brian Fiocca is genuinely remorseful, and is fully committed to making amends. He is a father, husband, and son and plays and important role for his family.

In conclusion, I would like to reiterate my support and confidence in Brian, and his absolute ability to learn from his mistakes.

Thank you for considering my perspective on this matter. If you require any further information or clarification, please do not hesitate to contact me.

Sincerely,

Paul Vizza

March 4, 2024

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street

Dear Judge Schmehl,

I am writing this letter on behalf of my best friend's brother. I have known Brian Fiocca for several years. Being a close friend of his sister, Maureen, I have watched him grow up into the friendly, confident man he is today. That is why I am writing this letter to support Brian, because he has always been a respected person in the community, and a genuine person to everyone he has come across.

I have had the chance to get to know Brian, and I can say without a doubt that this court is dealing with a person of very good moral character. Brian operates with integrity. I know Brian to be dependable, responsible, honest, and courteous. Brian is known to be a hard-working loving father. He is a devoted son, brother, and friend. To give you a personal example, while waiting in the cold with my small child, Brian went out of his way to take my child to school and still drop me off to work before getting to his destination. Brian came through for us when we needed it. Apart from that, we have participated in community events and fundraisers together. I hope that this letter can go some way to encourage the court that Brian Fiocca is a good person, and this testimony will be taken into consideration. Thank you for your time.

Sincerely,

Nina K. Gindville

March 31, 2023

Mrs. Helene Carberry
1929 E. Moyamensing Ave
Philadelphia, PA 19148

To:
The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

I, Helene Carberry, am writing this letter to provide a character reference about Brian Fiocca who I know as a neighbor and a very dear friend. I have had the pleasure of watching Brian grow into a fine young men.

I would like to vouch for Brian's good character. Brian has always been a true gentleman. Over the years I have experienced his many kindnesses. I do know that if I need a favor I can always count on Brian.

I have nothing but very fond memories of Brian. I have attended his wedding and I have had the opportunity of watching him with his children. Brian is an extremely caring father.

At this time I ask that you take into consideration Brian's many fine qualities and give him the opportunity to resume his life with his family.

I thank you for giving this letter your consideration.

Sincerely,

Helene Carberry

Tom Nicolo
112 Wharton Street
Philadelphia, Pennsylvania 19147

February 25, 2024

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, Pennsylvania  19106

Re:    Brian Fiocca

Dear Sir:

I first became acquainted with Brian Fiocca when he, along with his siblings, were students at Sacred Heart of Jesus Parochial School in South Philadelphia. At that time, I was president of the Home and School Association, Commissioner for Region 6 CYO Boys' Basketball, Parish Athletic Director for both CYO boys' and girls' basketball and former boys' basketball coach. When he was old enough to participate in this team sport, I was overseer of all parish athletics and this role continued through his high school years of playing CYO basketball. During these years of my association with him, I always observed him to be someone who participated wholeheartedly in the sport, always with much team effort, cooperation and honorableness. He displayed inherent traits such as perseverance, self-discipline, loyalty, respect for authority and peers alike, responsibility, fair play and graciousness in victory and defeat. One admirable example of his respect and empathy for others that always comes to my mind is when our team was in a benefit competition at the Palestra and there was a child on the team who suffered from a congenital illness which left him unable to participate in the game as the others did. I will always remember Brian running beside this boy up and down the court and helping him to throw the ball so that he could experience the thrill of scoring a basket. That is the kind of character that Brian possesses. He is now a husband and father with a young family of his own. He is a wonderful son, brother, neighbor and if there is someone in need, he is there always willing to lend a helping hand. I do not know much about this current alleged situation but what I do know is that Brian is a decent, hardworking young man. I ask you for every consideration when making a decision that will impact this young man's life, the lives of his young family and the lives of those who depend upon him, not only financially but for the many things he willingly does on a daily basis.

I am available to speak to anyone to further any thought that I have expressed here. I can be reached at (215) 704-2729. I can only pray that the bigger picture of this young man's life is taken into consideration when it is time for a decision that could have such a far reaching, potentially devastating and most definitely negative impact on his life and the lives of those who love and depend upon him.  May God bless you in your deliberation.

Most respectfully,

Tom Nicolo

Tom Nicolo

# MEGAN JASKOLKA

141 ROSEBERRY STREET, PHILADELPHIA, PA 19148 • CELL 215-800-6682 •
MEGAN.M.JASKOLKA@GMAIL.COM

November 23, 2023

The Honorable Jeffrey L. Schmehl
5123 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

     **Re:**   ***Brian Fiocca***

Dear Judge Schmehl:

     My name is Megan Jaskolka. I have known Brian Fiocca for about 23 years and he is a great friend of mine.  It feels strange referring to him as my friend because honestly from the moment I met Brian he made me feel like family. Mine and his family share a very special bond. When I think of Brian and what stands out about his character, many things come to mind, but what keeps racing to the front of my mind was how he stepped up during one of the hardest times of his life, when his father passed away.  While dealing with this devastating loss, he managed to put his pain aside as he transitioned into the fatherly role as he looked after his mom and siblings. He is always looking out for others and putting other people before himself. I greatly admire this one of his many selfless ways. I have enjoyed watching Brian grow to build his own family, who he would do anything to make happy. He is a great husband to his wife, Brynne, and a superhero to his children, Callie and Owen. Brian is the epitome of a family man. He is a role model to my son, Cade, who Brian has always made a great deal of. With all of this being said, I think it is fair to say that Brian has a way of making everyone he knows feel special and loved.

     Sincerely,

     *Megan M. Jaskolka*

February 24, 2024

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Honorable Judge Schmehl,

I am writing to offer my full support and testify to the character of Brian Fiocca whom I have known since he was a young boy. As a member of our Union community and someone who has had the privilege of witnessing Brian's growth and development, I am confident in his integrity, resilience, and positive contributions to society.
From a young age, Brian was raised by a great family who instilled in him values of honesty, respect, and responsibility. Throughout the years, I have seen him embody these qualities in his interactions with others and in his commitment to serving our community.

In our Union community, Brian has consistently demonstrated leadership and compassion. Whether it's volunteering his time for local events, lending a helping hand to neighbors in need, or advocating for important causes, Brian has always been dedicated to making a difference.

Moreover, Brian has shown remarkable resilience in overcoming challenges and adversity. Despite facing obstacles along the way, he has remained determined and focused on bettering himself and the world around him.

I firmly believe that Brian is a person of good character who has the potential to continue making positive contributions to society. With the support of our community and the guidance of the court, I am confident that he will learn from any mistakes and emerge stronger than ever.
Thank you for considering my perspective. Please feel free to reach out if you need any further information.

Sincerely,
Anthony Russino Jr.

Tara D. Chupka
325 Jackson Street
Philadelphia, PA 19148

February 23, 2024

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

I'm writing to you today on behalf of Brian Fiocca. I am aware that Brian is facing
sentencing in court on Monday, March 4, 2024, and I am confident that Brian has realized
the mistakes and wrongs of his past and is eager to face the consequences of his actions
with maturity and integrity.

Brian is a husband and a father. Throughout his legal struggles, the one thing that has never
changed is his love and dedication to his family. Brian's two children are both at formative
ages – the type of ages where the loss of their father, for any amount of time, would not just
affect them in the present moment, but have long standing effects in the future. His
children look to him daily for guidance, love, and a sense of safety. Brian spends his days
and nights thinking about children and doing everything possible to make sure that the
future holds nothing but positives for them both.

I fully comprehend that past actions lead to present punishments. However, I write today
to please ask you to think of not just Brian at this present moment, but of his two children
who love him and need him in their lives.

It is my sincere hope that the Court takes this letter into consideration at the time of Brian's
sentencing. Despite the current issue at hand, Brian is a good human being and a
wonderful father.

Sincerely,

Tara D. Chupka

Tara D. Chupka

**MARINO ASSOCIATES**

Practice Dedicated to Litigation Matters

**ATTORNEYS AT LAW**

301 WHARTON STREET
PHILADELPHIA, PA 19147
TELEPHONE: 215-462-3200
FACSIMILE: 215-462-4763
WWW.MARINOASSOCIATES.NET

February 21, 2024

The Honorable Judge Jeffrey L. Schmehl
The United States District Court for The Eastern District of Pennsylvania
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re:   Matter    :    United States Of America v. Brian Fiocca
      Docket    :    USDCEDPA No. 2:19-cr-00064-JLS
      NCD       :    March 4, 2024 - Sentencing

Dear Judge Schmehl:

I am a member of the Pennsylvania Bar, admitted to practice law before the United States District Court for The Eastern District of Pennsylvania, the founder of the Philadelphia law firm Marino Associates, and the ex-law partner of Supreme Court Justice Judge Kevin M. Dougherty. I have had the pleasure of appearing before the United States District Court for the Eastern District of Pennsylvania on many occasions.

I am, by friendship, regarded as a member of the Dougherty-Fiocca family. My relationship with Brian Fiocca is most accurately characterized as the closeness an uncle and a nephew may share. Brian Fiocca refers to me as Uncle when addressing me and others about me. I watched Brian Fiocca grow from a child into adulthood. I have shared many moments in his company during his formative years.

By the manner in which he has chosen to live his life he demonstrates personal integrity, generosity and commitment. He has come to the aid of others on occasion too many to name individually. I provide you with one simple example. When he was a young boy, in the 4th grade, 10 or 11 years-old,  he attended the Sacred Heart of Jesus grade school located 1404 S 3rd St, Philadelphia, PA 19147. A disabled student, I will call him John, attended Sacred Heart of Jesus grade school as well. John and Brian traveled in different circles and were not close friends. Afflicted by a congenital disease, John was unable to walk without significant strain and labor. Steps leading from the sidewalk into the school building presented a significant obstacle to John. Each morning, without instruction or the knowledge of an interested adult,  Brian would await, at the steps for John's arrival. Upon John's arrival, without anthem or need of acknowledgement, Brian would pick John up, carry him to the top of the steps, and then quietly move on with the

business of the day.  Brian's mother, Maureen Fiocca, knew nothing of the events, until one day John's mother approached Maureen and thanked her.  The thank you drew a blank response from Maureen, requiring Maureen to ask John's mother why she was deserving of the thank you.  I commend this example to your attention because, in my mind, it demonstrates an inherent character trait, which is simply uncommon and heroic. A character trait of that nature is born and not fleeting.

Brian's father, George Fiocca, died when Brian was a teenager. Upon completing high school at Saints John Neumann and Maria Goretti Catholic High School, encouraged by the influence of his Uncle John Dougherty, Brian chose to become involved in the activities of the building trade movement and was employed by Local Union No. 98, IBEW in its political and administrative division. His job with Local Union No. 98, IBEW was unheralded and his duties and responsibilities were largely dictated by the plans, intent, and daily needs of his Uncle John Dougherty.  His compensation was chiefly dependent upon following the instruction and orders of his Uncle John Dougherty.

Brian is now married and the father of two (2) minor children. He is devoted to his family and sacrifices for them, as any man of responsibility does. He is a man rooted in basic and fundamental value whose life style reflects the same.  The world would be a much better place if his contributions were embraced with the same vigor and measure of publicity as his mistake has been.  I trust you will consider what I have told you about his character and give it the weight it properly deserves before you decide upon the sentence which you will render.

Very truly,

**MARINO ASSOCIATES**

By:      */s/ Steven F. Marino*
         STEVEN F. MARINO, ESQUIRE

SFM/cd
cc:      Elizabeth Toplin, Esquire
         Mr. Brian Fiocca



# CITY OF PHILADELPHIA
## CITY COUNCIL

MARK F. SQUILLA
ROOM 332, CITY HALL
Philadelphia, PA 19107
(215) 686-3458 or 3459
Fax No. (215) 686-1931
Email: mark.squilla@phila.gov

1ST DISTRICT COUNCILMAN

COMMITTEES
Chair
   Streets and Services

Member
   Education
   Ethics
   Finance
   Fiscal Stability
   Global Opportunities
   Licenses and Inspections
   Public Property and Public Works
   Rules
   Technology and Information Services
   Transportation and Public Utilities
   Whole

February 21, 2024

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

I am writing on behalf of Brian Fiocca who is scheduled for his sentencing hearing on March 7, 2024. My family shares generational friendships with Brian and his family, and I grew up in the same neighborhood as his parents, and we raised our families together, in that same neighborhood. Brian attended high school with my daughter Danielle. Danielle and her husband, and Brian and his wife, are now raising their families together.

As a young man, I found Brian to be respectful. I engaged in many community events and could always count on Brian to volunteer and lend a hand. As an adult, I see him with his son and daughter, trying to provide them with a good life. I am confident that he is sorry for his actions and that he will learn from this experience and lead a productive life that will benefit his young family.

Thank you in advance for your consideration of my letter.

Sincerely,

Mark Squilla

February 24, 2024

To the Honorable Jeffrey L. Schmehl,
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

My name is Regina Trabosh. I have known Brian Fiocca for several years. Since I have first met Brian, he has made me feel like family and treats me as such. Brian has always been kind, loving, and reminds me of my own older brothers. Brian loves his family. He is a wonderful father to his 2 kids and a loving husband to his wife, Brynne. Brian is a good person. I understand he has made some mistakes, but I please ask you to not incarcerate him. Not only do I think incarceration is punitive, and only necessary in certain situations or cases, but in this instance, I do not think it is just. I believe Brian Fiocca deserves a chance to prove himself to you and I also believes he deserves the chance to be present for his wife and kids.

Sincerely,

Regina Trabosh

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

     RE: BRIAN FIOCCA

To The Honorable Judge Schmehl:

     My name is Lindsey Lazer and I live in South Philadelphia.  I currently work for the City of Philadelphia Municipal Court.  Before working for Philadelphia Municipal Court, I was an employee at IBEW Local Union 98 where I worked closely with Brian Fiocca.  Being from the same neighborhood and working at the same place I have known Brian for over 25 years.  Also, I know all of Brian's immediate family who I interact with daily.

     One characteristic that stands out the most about Brian is his love for his family.  Brian is always there for everyone in his family from his kids to his wife, to his mom and siblings.  He plays a very active role in each one of their lives every day.  I have watched Brian interactive with his son and daughter whether it be playing basketball, watching his daughter at dancing school or running around with them at the playground.

     Another characteristic Brian shows is his focus on his community.  I have watched him help and participate in numerous events at different facilities in the neighborhood.  He is always willing to give a helping hand even if it is carrying supplies to be stored away or helping an elderly person up the steps.  Brian is there when called upon.  I know that I can call him at any time of day, and he will be there for me and my family.

     Thank you for taking the time to read a summary of my most meaningful interaction with Brian.  Should you need more information to verify or confirm these facts I am available by phone or email.

                    Truly,

                    *Lindsey A. Lazer*

                    Lindsey Lazer
                    215.715.8739
                    LAT1029@gmail.com

Your Honor,

My name is Michael Sweeney, an IBEW Local 98 electrician from northeast Philadelphia.  Brian has been my brother in law since 2019 but a brother for a little over ten years.

Brian has two beautiful children Callie and Owen who he loves dearly.  There is not a weekend that goes by where he's not out doing something with them; trip to the park, ride down the shore, ect.  Brian is always a phone call away if anyone in the family has a problem or just needs a favor.

Brian does not know it yet but me and my fiancé plan on making him the godfather to our son Michael.  This decision was an easy one considering how loving he is to all of our children, we could not think of a better person for the job.

Thank you for taking the time to read my letter.

Sincerely,

Michael Sweeney

Your Honor,

My name is ed Taylor. I am a Teamster truck driver who works in the entertainment industry. I am a Philadelphia native, who moved to Maple Shade, New Jersey later in life. I am also Brian's uncle, via marriage to my niece. It has been my pleasure to have known Brian for the last 9 years. I am well acquainted with Brian's entire family as a result of birthdays, holiday's, vacations, always with the children. They have several cousins on both sides of the family, but you would think they were brothers and sisters, because they were raised that way. It is very unlikely that you would see Brian (when not working) without his children. The greatest thing that I could ever say about any man is that they are a great father. This of course is one of many great attributes that are applicable to Brian. I have never had an unpleasant experience with Brian since I have known him.

He is a giving person with his time. I am a board member at the 25 Club which is a 501(c3) nonprofit organization. He has helped me with functions that have helped sports organizations, Toys for Tots and underprivileged.

I would imagine Brian understands the gravity of this situation, giving that he pleads guilty. I am not as learned as a man of your capacity, but in my humble position, I cannot imagine incarceration would serve anyone. He has two children that need their father. Brian has come down several rungs on the ladder and he is embarrassed and disgraced.

Ed Taylor

Matthew J. Pagliaccetti
228 Tree Street
Philadelphia, PA 19148

December 6, 2023

The Honorable Jeffrey L. Schmehl
The Gateway Building – Suite 518
201 Penn Street
Reading, PA 19601

Re: Sentencing of Brian Fiocca

Dear Judge Schmehl,

I hope this letter finds you well. I am an attorney currently employed by the Supreme Court of Pennsylvania and I am a friend and former roommate of Brian Fiocca. I would like to take this opportunity to speak to his character and ask you to be lenient in sentencing Brian.

Brian and I have been friends for over fifteen years. Our friendship grew quite close when he lived in my home as my roommate from 2014 to 2017. Since then, I have had the pleasure of watching Brian become a loving husband and father to his wife Brynne, his daughter Callie, and his son Owen.

While Brian has a tough outer shell, deep down he is one of the most caring people I have ever met and is a fierce protector of those he loves. I actually came to know Brian through his older brother who is the same age as I am. Even as a young kid, Brian always stood up for what was right and always picked up for his family and friends, including those that were older and bigger than him. You may hear this a lot, but it is absolutely true in this case: Brian would take a bullet for those he loves. I also know Brian to be hardworking. Some days I would not see him at all as he left for work before I was awake and returned after I went to bed.

As to his convictions, Brian has taken responsibility for actions he took ten years ago when he was just a young man. He pled guilty and agreed to pay restitution. While I realize Brian's crimes could warrant a sentence of confinement, I do not believe that would be beneficial to Brian nor to the society at large. Instead, I ask that you fashion a sentence that allows Brian to continue being the great husband, father, brother, and friend that I have watched him grow to be. Such a sentence will also allow him to pay his restitution forthwith and continue contributing to society by working and paying taxes.

Sincerely,

Matthew J. Pagliaccetti

February 20, 2024

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601Market Street
Philadelphia, PA 19106

The Honorable Jeffrey L. Schmehl,

I hope this letter finds you well. My name is Vincent Harvey, and I am writing this letter to provide a character reference for Brian Fiocca, whom I've had the privilege of knowing him and his family for over 20 years, in addition to knowing and watching Brian grow up I also had the privilege of working alongside of him for IBEW 98 and during this time I have witnessed his remarkable growth.

Brian is a family man who cherishes his loved ones. He has always been there for his family, offering unwavering support and guidance. I remember when his father passed away, the man he became at a young age for his mother and his siblings was truly inspiring. He instantly became stronger than he ever was before, becoming someone his family could rely on while trying to navigate through life while grieving. He has gained so many great qualities from his dad which has shaped him into the father and husband he is today.

In addition to his role as a family man, his genuine care for others is evident in every interaction he has, and his kindness leaves a lasting impact on those fortunate enough to know him. Brian has been a hard worker throughout his entire life. He has consistently shown determination, perseverance and a strong work ethic. Whether it's providing for his family or contributing to his community, he approaches every task with diligence and a sense of responsibility.

Speaking of his community, Brian has a genuine love for where he is from. He participates in events and always looks for ways to make a positive impact. His dedication to his community is evident in his actions and the relationships he has built over the years. I have no doubt he will continue to make positive contributions to society as he has done throughout his life.

Brian is a person of integrity, compassion and strong moral character. He has always conducted himself with honesty and respect, and I have no doubt that he will continue to do so in the future. Thank you for taking the time to consider my perspective on Brian Fiocca & I hope you take this letter into consideration before conducting a verdict.

Sincerely,

Vincent Harvey

STEPHEN LAUER

1324 South Alder Street

Philadelphia, Pa 19147

April 04, 2023

Hon, Jeffery L Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, Pa 19106

RE:   Brian Fiocca

Dear Judge Schmehl:

I am writing in reference to the up coming sentencing of Brian Fiocca. I know Brian and his family for over 30 years, as from a very young boy to the man that he has grown into today always worrying about his family, when their father was diagnosed with cancer, and ultimately passing away, Brian stepped up to the plate and always wanted to take care of his family as a young boy, and still till today has been that person, with his own children I have seen him as a loving and caring and responsible father and always putting his children first. As you deliberate Brian Fiocca's sentencing, I respectfully request that you consider the aspects of his this brief and short part of his life. I thank you for taking the time and consideration.

Sincerely,

Stephen Lauer

Mr. Edward Smith
314 Mercy Street
Philadelphia PA, 19148


March 24, 2023

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601Market Street
Philadelphia, PA 19106


Dear Judge Schmehl,

My name is Edward Smith, and I am writing this letter on behalf of Mr. Brian Fiocca. I am a South Philadelphia resident born and bred and currently am working for the First Judicial District as a Court Administrative Officer of Financial Services for the First Judicial District of Pennsylvania.

I have been a family friend of the Fiocca family for over 20 years and a friend of Brian's for most of that time. Brian is the type of person that everyone that is around him immediately gravitates to. Growing up I was fortunate to spend many days and nights with Brian and during those times was able to see what time of person he was and still is to this day. Brian is a kind-hearted, but also a life of the party type of guy. There is never a dull moment when spending time with him. Ive also seen first handed that when someone would reach out whether that is a friend or family member, Brian never hesitates to loan a hand or be the voice of reason. He is the type of person that would want in your corner.

Brian is also an incredible family man, husband to Bryne and father to two *wonderful children*, Callie and Owen. Over the past years since he has been married and then since being a father, there is nothing Brian would not do for the 3 of them. I am not yet a parent or married myself, but I hope that I could be the type of father and husband that he is toward his family. Going to the children's sporting events, vacations or just spending time at home with his family is some of the wonderful qualities Brian possesses.

In conclusion, I am happy and appreciative to be a friend of Brian Fiocca and I hope I was able to shed some light on the type of person that I know Brian is to everyone that crosses his path.

Sincerely,
Edward Smith

Lee-Ann Fiocca

210 W Ritner Street

Philadelphia, PA 19148

5613 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106

November 26, 2023

Re: Brian Fiocca

To The Honorable Judge Schmehl,

I would like to introduce myself. My name is Lee-Ann Fiocca, and I grew up in South Philadelphia and still reside here currently. I am an office manager of the medical facility Northeast Open MRI.

I have known Brian my whole entire life due to him being my first cousin. Although, Brain has always been like a second brother to me. We would spend every Sunday at my grandma's water ice stand helping her with her store.

Brian has always been there for me; however, he has become my biggest confidant recently. My sister has recently relapsed and is in active addiction. Brian has taken the responsibility to listen to all my hardships, and understand my struggle with accepting my sister's decision. He guides me to work on my mental health, and leads by example on how to positively impact both of my nephews by being an amazing active everyday father. He always accepts me for who I am, and always encourages me to do better. He reminds me daily there is always room for self improvement. He has had a positive impact on my mental health, and has shown me I am not alone. He is someone who I can always rely on.

I have had a few encounters with mutual friends from the neighborhood who have approached me about Brian and all his good deeds. One of my good friends had informed me that Brian saw him waiting for the bus in the rain after his 12 hour shift at work, and provided him a ride home instead. I also was informed on a different occasion that Brian had seen an elderly lady (who was my friend's grandmother) trying to take her trash out, and Brian offered a helping hand to finish the job for her.

Lastly, he is a person who is working on himself everyday. I have seen him become more self assured, more humbled, and most importantly more self aware. He has made so many *positive changes* throughout life for other people, but I am most proud of the self-improvement he continues to make everyday towards himself.

Thank you for your time and your consideration.

Sincerely,

Lee-Ann Fiocca

March 24, 2023

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

My *name is Vincent* Novello, I have been an employee of the courts for the last 15 years and currently work for the Honorable Joseph Fernandez. I am 34 years old, grew up in South Philadelphia and I have known Brian for the last 17 years. I met Brian through his brother George, and I can honestly say not just Brian and George, but their family means so much to me. I'm their cousin Vinny, which Brian calls me. I guess that makes us family. And that's exactly how I was always treated. I may have started off friends with just George, but over the last 17 years Brian became one of my closest friends. From teenagers playing basketball, to now all grown up and going on vacations, or just sitting on the beach, and making countless memories.

Brian truly is a kindhearted, generous, and thoughtful person. He has proved countless times no matter what he will be there for you through the good times and the bad, but I honestly think he should be praised for how great of a husband he is and more importantly how great of a father he is. Brian's two children are respectful, intelligent, and truly are such kindhearted happy kids, which in my opinion starts with his wife Brynne and Brian himself. The way Brian is with his family is an inspiration for not just me but his siblings and for our friends. He cares and will do anything for his family. That shouldn't go unnoticed and shows how great of a character Brian has.

I'll end with this, I heard Jason Kelce say recently "When I think of a man I look and see how they weather the ups and downs of life, how they approach it and how they move forward." No one weathers their ups and downs better than Brian. He is one of the best family men I know, one of the best friends I have, and I couldn't be any prouder of him. I hope I was able to shed some light on the person he is.

Respectfully,

Vincent Novello

December 1, 2023

Honorable Judge Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Subject: Character Reference for Brian Fiocca

Dear Judge Schmehl,

I hope this letter finds you well. My name is John Cooper, and I am an electrician residing in Northeast Philadelphia. I am writing to provide a character reference for Brian, who is the uncle to my children and someone I've known for over 10 years.

Brian and I have crossed paths frequently through our shared involvement in the union. I have always admired his commitment and dedication, as he has never missed a union event. His presence and active participation have been notable, and it is through these interactions that I have come to know Brian better.

One aspect of Brian's character that stands out to me is his willingness to help others, even during heavy rainstorms. I have heard stories of him from his neighbors of when he was a kid he would head down to the corner to clean leaves out the gutter, ensuring that water could flow freely. This simple act of selflessness demonstrates his genuine concern for the well-being of his community.

Moreover, Brian's support for his family is unwavering. I have personally witnessed the lengths he goes to ensure the well-being of his sister, both financially and emotionally. He is always there for her, providing the support she needs. She knows she can always go to him, no matter what. Brian's dedication to his family is a testament to his character and sense of responsibility.

In addition to these qualities, Brian consistently demonstrates integrity in his actions. One time, when I needed hand-moving furniture at my house, I asked Brian for help, and he assisted me with the task. Another instance that showcased his integrity was when one of our friends was speaking badly of another friend. Brian immediately stood up for our friend who was being talked about. These are the traits that assured me that Brian would be a reliable and trustworthy friend to me.

While I understand that Brian has pleaded guilty to the charges brought against him, I firmly believe in his capacity to learn from his mistakes and make positive changes in his life. I have seen firsthand his commitment to personal growth and his desire to contribute meaningfully to society. I am confident that with the support and guidance he receives, Brian will emerge from this experience as a stronger and more responsible individual.

In conclusion, I kindly request that you consider my testimonial when determining Brian's sentence. I believe that his positive qualities, acts of kindness, and dedication to his family warrant a fair and compassionate approach from the court. I trust that you will make a well-informed decision that considers the broader context of Brian's life and his potential for rehabilitation.

Thank you for your time and consideration. If there is any additional information or clarification you require, please do not hesitate to contact me at (267) 235-6027 or John.cooper9555@aol.com.

Respectfully,

John Cooper

*Gregory J. Jaskolka - 141 Roseberry Street, Philadelphia, PA 19103*
*215-678-6404*
*gregjaskolka@icloud.com*

November 27, 2023

The Honorable Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

I am writing to Your Honor today with regard to Brian Fiocca.

"There are friends, there is family, and then there are friends that become family." When I think of Brian, I think of this quote. While technically Brian and I are not related, other than by the marriage of my sister and Brian's cousin, my brother-in-law, it doesn't feel that way. He is a brother to me, a friend and an uncle to my children. Brian has shown more interest in my kid's lives than some of my blood relatives. He has attended my son's sports games and given my daughter great advice when she was confused about which direction she wanted to go with a career.

I see Brian in so many important roles. Brian is a good father, a supportive husband to his wife. He is a caring son and always prioritizes his family and friends.

Brian has been there to encourage me to keep going, during tough times in my life, when I felt alone. It is reassuring to know that I have someone like Brian in my life.

Should Your Honor wish to discuss this further, please feel free to contact me.

Very truly yours,

Gregory J. Jaskolka

*Susan McCaney*
*1603 West Moyamensing Ave.*
*Philadelphia, Pa. 19145*
*215-518-8283*
*McCaney@aol.com*

February 21, 2024

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601Market Street
Philadelphia, PA 19106

To: Judge Schmehl

     I am writing this letter on behalf of Brian Fiocca,

     My name is Susan McCaney, Suite Attendant at Wells Fargo Center and Lincoln
Financial Field. I am a wife, mother, and grandmother. I have known and worked beside Brian
Fiocca for 15+ years.

     Brian has grown into a wonderful young man. I have witnessed him to be a loving son,
husband, and father. He has always treated people with the utmost respect within the workplace
environment. He has always been a kind and a true gentleman.

     My hope is that you take into consideration Brian's personal and professional assets in
your final determination. I also hope this letter helps in that determination.

                    Respectfully,

                    Susan McCaney